IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLIN PERKINS,<br><br>Plaintiff,<br><br>vs.<br><br>OMAHA LINCOLN AND BEATRICE RAILWAY COMPANY,<br><br>Defendant. | 4:23CV3114<br><br>**INITIAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the Plaintiff's unopposed motion to amend the initial progression order, Filing No. 21, is granted. The unexpired deadlines in the initial progression order, Filing No.11, are amended as follows:

1) As previously ordered, discovery at this time is limited to the issues of subject matter jurisdiction.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is March 22, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by March 29, 2024.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The initial deposition deadline is March 22, 2024.

4) The deadline for filing the anticipated jurisdictional motion is April 8, 2024. Further case progression will be deferred until after resolution of such motion.

5) The parties shall contact the undersigned magistrate judge's chambers within ten (10) days after a ruling on the anticipated jurisdictional motion to set a status conference for discussing further case progression.

6) The Clerk of the United States District Court shall set an internal case management deadline of April 8, 2024 with the following language: "Check for timely filed motion(s) to resolve jurisdiction."

7) All other deadlines in the court's prior case progression order, Filing No. 11, are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 22nd day of January, 2024.

                                              BY THE COURT:

                                              *s/ Jacqueline M. DeLuca*

                                              United States Magistrate Judge